# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LEONARD D. LOVE and KAREN L. MOREY, | Case No. CV-23-59-GF-BMM |
| Plaintiffs, | |
| v. | ORDER |
| BNSF RAILWAY COMPANY, *et al.*, | |
| Defendants. | |

Defendant Meritor, Inc., formerly known as ArvinMeritor, In*c.* ("ArvinMeritor"),having moved the Court to appear via Zoom at the October 31, 2023 and for good cause appearing;

IT IS HEREBY ORDERED that ArvinMeritor may appear by Zoom at the

hearing in this matter set for 1:30 PM on October 31, 2023. Defendant, ArvinMeritor, will contact the Clerk of Court's Office for the Zoom link.

DATED this 26th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

2