IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LEONARD D. LOVE and KAREN L. MOREY,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, et al,<br><br>Defendants. | 4:23-CV-59-GF-BMM-JTJ<br><br>**ORDER ALLOWING PLAINTIFFS' COUNSEL TO APPEAR REMOTELY AT THE OCTOBER 31, 2023 HEARING** |

Plaintiffs, LEONARD D. LOVE and KAREN L. MOREY, by and through counsel, having moved the Court to appear via Zoom for the hearing currently scheduled for October 31, 2023, at 1:30 pm., and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiffs may appear by Zoom at the hearing in this matter set for 1:30 pm on October 31, 2023.  Plaintiffs' counsel will contact the Clerk of Court for the Zoom link.

DATED this 27th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court