IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LEONARD D. LOVE and KAREN L. MOREY, | Cause No.: CV-23-59-GF-BMM |
| Plaintiffs, | ORDER |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware corporation; ROBINSON INSULATION COMPANY, a Montana corporation for profit; GROGAN ROBINSON LUMBER COMPANY, a Montana corporation for profit; GENERAL ELECTRIC COMPANY, a New York corporation; GOODRICH CORPORATION, a New York corporation; HONEYWELL I NTERNATIONAL, INC., individually and as successor-in-interest to ALLIEDSIGNAL, INC., successor to BENDIX CORPORATION, successor to BENDIX AUTOLI1E CORPORATION and successor | |

1

to ALLIED CHEMICAL & DYE CORP., a Delaware corporation; IMO INDUSTRIES, INC., individually and as successor-in-interest to ADEL FASTENERS and WIGGINS CONNECTORS, a Delaware corporation; LOCKHEED MARTIN CORPORATION, a Maryland corporation; THE GOODYEAR TIRE & RUBBER CO., individually and as successor-in-interest to GOODYEAR AEROSPACE CORPORATION, an Ohio corporation; RTX CORPORATION, f/k/a UNITED TECHNOLOGIES CORPORATION, individually and as successor-in-interest to PRATT & WHITNEY ENGINE SERVICES, INC., a Delaware corporation; EATON AEROQUIP, LLC, f/k/a EATON AEROQUIP, INC., f/k/a AEROQUIP CORP., an Ohio limited liability company; PARKER HANNIFIN CORPORATION, individually and as successor-in-interest to STRATOFLEX, INC., an Ohio corporation; MERITOR, INC., f/k/a ARVINMERITOR, INC., individually and as successor-in-interest, parent, alter ego and equitable trustee of ROCKWELL INTERNATIONAL, INC., an Indiana corporation; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC, as successor-by-merger to BORGWARNER CORPORATION, a Delaware limited liability company; CARLISLE INDUSTRIAL BRAKE & FRICTION, INC., a Delaware corporation;

CATERPILLAR, INC., individually
and as successor-in-interest to
TOWMOTOR CORPORATION, a

Delaware corporation; CUMMINS,
INC., an Indiana corporation;
DAIMLER TRUCK NORTH
AMERICA, LLC, individually, and as
successor-in interest to
FREIGHTLINER, LLC, WHITE
MOTOR COMPANY, EUCLID, INC.,
and THE AUTOCAR COMPANY, a
Delaware limited liability company;
DCO LLC, f/k/a DANA COMPANIES
LLC, individually and as successor-in-
interest to VICTOR GASKET
MANUFACTURING COMPANY, a
Virginia limited liability company;
DEERE & COMPANY, a Delaware
corporation; EATON
CORPORATION, an Ohio
corporation; GENUINE PARTS
COMPANY, d/b/a NATIONAL
AUTOMOTIVE PARTS
ASSOCIATION (a/k/a NAPA) and
RAYLOC, a division of NAPA, a
Georgia corporation; MACK
TRUCKS, INC., a Pennsylvania
corporation; NAVISTAR, INC., f/k/a
INTERNATIONAL TRUCK AND
ENGINE COMPANY, a Delaware
corporation; PACCAR, INC., d/b/a
KENWORTH TRUCK COMPANY
and PETERBILT TRUCK
COMPANY, a Delaware corporation;
PNEUMO ABEX LLC, individually
and as successor-in interest to ABEX
CORPORATION and AMERICAN
BRAKE BLOC, a Delaware limited
liability company; HOBART

BROTHERS LLC, an Ohio limited
liability company; LINCOLN
ELECTRIC COMPANY, an Ohio
corporation; KAISER GYPSUM
COMPANY, INC., a North Carolina
corporation; UNION CARBIDE
CORPORATION, a New York
corporation; MURCO WALL
PRODUCTS, INC., a Texas
corporation; THE SHERWIN
WILLIAMS COMPANY, an Ohio
corporation; KCG, INC., individually
and as successor-in-interest to RUCO,
INC., an Arizona corporation; WELCO
MANUFACTURING COMPANY, a
Missouri corporation; and DOES A-Z,

                    Defendants.

Defendant GENUINE PARTS COMPANY, d/b/a NATIONAL

AUTOMOTIVE PARTS ASSOCIATION'S (a/k/a NAPA) ("Defendant Genuine

Parts"), having moved the Court to appear via Zoom for the hearing currently

scheduled for October 31, 2023, at 1:30 p.m., and good cause appearing,

        IT IS HEREBY ORDERED that Defendant Genuine Parts may appear by

Zoom for the hearing currently scheduled for October 31, 2023, at 1:30 p.m.

Defendant Genuine Parts will contact the Clerk of Court for the Zoom link.

DATED this 30th day of October, 2023.


_____
Brian Morris, Chief District Judge
United States District Court