**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| Leonard D. Love and Karen Morey, | Case No.: 4:23-CV-00059-GF-BMM |
| Plaintiffs, | |
| v. | **ORDER** |
| BNSF Railway Company, et al., | |
| Defendants. | |

Defendants Mack Trucks, Inc. ("Mack Trucks") and KCG, Inc. ("KCG"), having moved the Court to Appear by Zoom at the October 31, 2023, hearing, and for good cause appearing:

IT IS HEREBY ORDERED that Mack Trucks, Inc. and KCG, Inc. may appear by Zoom at the hearing in this matter set for 1:30 p.m. on October 31, 2023. Mack Trucks and KCG will contact the Clerk of Court for the Zoom link.

DATED this 30th day of October, 2023

_____
Brian Morris, Chief District Judge
United States District Court